**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-283-PMP (PAL) |
| ALFREDA IRUNGARAY, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

On February 14, 2011, defendant ALFREDA IRUNGARAY pled guilty to Count Five of a Eight-Count Criminal Indictment charging her in Count Five with Bank Fraud and Aiding and Abetting in violation of Title 18, United States Code, Sections 1344(1) and (2) and Title 18, United States Code, Section 2 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that ALFREDA IRUNGARAY shall pay a criminal forfeiture money judgment of $131,755.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ALFREDA IRUNGARAY a criminal forfeiture money judgment in the amount of $131,755.00 in United States Currency.

DATED this ___ 1st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on February 28, 2011 by the below identified method of service:

<u>Electronic Filing</u>

Thomas Augustus Claus
Legal Resource Group
205 N. Stephanie Street, Suite D221
Henderson, NV 89074
tclaus@rgrougplaw.com
*Counsel for Alfreda Irungaray*

Jonathan Powell
214 South Maryland Parkqway
Las Vegas, NV 89101
jpowell.law@gmail.com
*Counsel for Helen Kane*

/s/HeidiL.Skillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk