FILED

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-283-PMP (GWF) |
| ALFREDA IRUNGARAY, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on March 1, 2011, that ALFREDA IRUNGARAY shall pay a criminal forfeiture money judgment of $131,755.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).  Docket #45.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ALFREDA IRUNGARAY a criminal forfeiture money judgment in the amount of $131,755.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE